Certificate Number: 03088-ILC-DE-016004512

Bankruptcy Case Number: 11-72314



03088-ILC-DE-016004512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2011, at 9:21 o'clock PM CDT, Kimberly K Laurent completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of Illinois.

Date: September 10, 2011

By: /s/Susan D. Gann

Name: Susan D. Gann

Title: Counselor